IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERRY LYNN ROMINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-01205 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Griffin |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Sherry Lynn Romines's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 9), filed with a Brief in Support (Doc. No. 9-1). Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 15), to which Plaintiff filed a Reply (Doc. No. 16). Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 19.) The Report was filed on August 19, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 41.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 23rd day of September, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT